IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER MILTON NELSON,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                           Case No. 13-cv-513-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

     This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Christopher Milton Nelson reversing and remanding the decision of the defendant Carolyn Colvin, Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) for further proceedings.

| s/V. Olmo, Deputy Clerk | 9/18/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |