IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER M. NELSON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-513-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Dana Duncan in the amount of $6,800.00.


| s/V. Olmo, Deputy Clerk | 12/18/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |